view in this case because not many cases presenting this issue are likely to reach the Courts of Appeals. The Court has decided not to grant review at this time, but if a conflict in the Circuits develops in the future, the question presented, in my judgment, is important enough to warrant review.

No. 10–156. SCROGGY, WARDEN *v.* GALL. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 10–196. FRIENDS OF THE EVERGLADES ET AL. *v.* SOUTH FLORIDA WATER MANAGEMENT DISTRICT ET AL.; and

No. 10–252. MICCOSUKEE TRIBE OF INDIANS OF FLORIDA *v.* SOUTH FLORIDA WATER MANAGEMENT DISTRICT ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 10–244. TRAVELERS INDEMNITY CO. ET AL. *v.* CHUBB INDEMNITY INSURANCE CO. ET AL. C. A. 2d Cir. Motion of Brady C. Williamson for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion and this petition.

No. 10–288. HALL, WARDEN *v.* WARD. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 10–300. TIFFANY (NJ) INC. ET AL. *v.* EBAY INC. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–389. GUEVARA *v.* REPUBLIC OF PERU ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–416. MONTEJO *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–446. KERCHNER ET AL. *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 3d Cir. Motion of Western Center